■ In the Matter of MICHAEL IRBY, Petitioner, v DONALD SELSKY, as Deputy Commissioner for the Department of Correctional Services, Respondent. [727 NYS2d 698] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Clinton County) to review a determination of the Commissioner of Correctional Services which found petitioner guilty of violating certain prison disciplinary rules.

Petitioner was found guilty of violating the prison disciplinary rule that prohibits the unauthorized use of controlled substances after the results of two urinalysis tests were positive for the presence of cannibinoids. The positive result of the original urinalysis test, confirmed by a second test, along with the misbehavior report and the hearing testimony of the certified ETS operator who conducted both tests, constitute substantial evidence supporting the determination of petitioner's guilt (*see, Matter of Lahey v Kelly*, 71 NY2d 135, 143; *Matter of Amante v Goord*, 240 AD2d 837, 838). Petitioner's remaining contentions, including his allegation of Hearing Officer bias, have been examined and found to be either without merit or unpreserved for our review.

Mercure, J. P., Crew III, Peters, Carpinello and Mugglin, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.

■ In the Matter of ROLAND GREEN, Petitioner, v MICHAEL McGINNIS, as Superintendent of Southport Correctional Facility, Respondent. [725 NYS2d 235] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Chemung County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

The Attorney General has advised this Court by letter that the determination at issue has been administratively reversed and that all references thereto have been expunged from petitioner's institutional record. Inasmuch as petitioner has received all the relief to which he is entitled, the matter is dismissed as moot (*see, Matter of Curtis v Goord*, 274 AD2d 808; *Matter of Maldonado v Miller*, 259 AD2d 912).

Mercure, J. P., Crew III, Carpinello, Rose and Lahtinen, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.